UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EXTENDED STAY, INC. *et al.*,<br><br>Debtors. | |
| FINBARR O'CONNOR, as Trustee for and on behalf of the EXTENDED STAY LITIGATION TRUST, and<br><br>THE EXTENDED STAY LITIGATION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>DL-DW Holdings, L.L.C., Lightstone Holdings L.L.C., The Lightstone Group, L.L.C., PGRT ESH Inc., Lightstone Commercial Management, Arbor ESH II, L.L.C., Arbor Commercial Mortgage, L.L.C., Princeton ESH, L.L.C., Atmar Associates, L.L.C., Glida One LLC, Ron Invest LLC, Polar Extended Stay (USA) L.P., BHAC Capital IV, L.L.C., ABT-ESI L.L.C., Mericash Funding LLC, Park Avenue Funding L.L.C., David Lichtenstein, Bruno de Vinck, Peyton "Chip" Owen, Jr., Guy R. Milone, Jr., Joseph Chetrit, Joseph Teichman, Joseph Martello, F. Joseph Rogers, Dae Hum Kim (a/k/a David Kim), and Gary DeLapp,<br><br>Defendants. | Chapter 11<br><br>Case No. 09-13764 (JMP)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. Proc. No. 11-2254 (JMP),<br>Adv. Proc. No. 11-2255 (JMP),<br>Adv. Proc. No. 11-2256 (JMP),<br>Adv. Proc. No. 11-2398 (JMP) |

## ORDER GRANTING JOINT MOTION TO
## CONSOLIDATE ADVERSARY PROCEEDINGS

This matter came before the Court pursuant to the Joint Motion to Consolidate Adversary Proceedings (the "Motion") filed by Plaintiffs, Finbarr O'Connor, solely in his capacity as Successor Trustee for and on behalf of the Extended Stay Litigation Trust (the "Trustee"), and the Extended Stay Litigation Trust (the "Litigation Trust" and, together with the

Trustee, "<u>Plaintiffs</u>"), the Lightstone Defendants,[1] the HVM Defendants,[2] the Arbor Defendants,[3] Defendant PGRT ESH Inc., and Defendant Polar Extended Stay (USA) L.P. (collectively, the "<u>Parties</u>").

In the Motion, the Parties request that the Court enter an Order to consolidate Adversary Proceeding Nos. 11-2254, 11-2255, 11-2256, and 11-2398 (the "<u>Adversary Proceedings</u>") into Adversary Proceeding No. 11-2254.

Based upon the agreement of the Parties and good cause appearing therefor, the Court HEREBY ORDERS that

(1)    The Motion is granted in its entirety;

(2)    Adversary Proceeding Nos. 11-2254, 11-2255, 11-2256, and 11-2398 shall be consolidated into Adversary Proceeding No. 11-2254;

(3)    All documents, pleadings, and other papers respecting the Adversary Proceedings shall be filed on the docket for Adversary Proceeding No. 11-2254;

(4)    The Clerk of Court shall enter a docket entry in each of Adversary Proceeding Nos. 11-2255, 11-2256, and 11-2398 which reads substantially as follows: "An Order has been entered in this Adversary Proceeding directing its consolidation with and administration under Adversary Proceeding No. 11-2254";

---

[1]    The "Lightstone Defendants" consist of DL-DW Holdings, L.L.C., Lightstone Holdings L.L.C., The Lightstone Group, L.L.C., Lightstone Commercial Management, BHAC Capital IV, L.L.C., Park Avenue Funding L.L.C., David Lichtenstein, Bruno de Vinck, Peyton "Chip" Owen, and Joseph Teichman.
[2]    The "HVM Defendants" consist of F. Joseph Rogers, Dae Hum Kim (a/k/a David Kim), and Gary DeLapp.
[3]    The "Arbor Defendants" consist of Arbor ESH II, L.L.C., Arbor Commercial Mortgage, L.L.C., Atmar Associates, L.L.C., ABT-ESI L.L.C., Princeton ESH, L.L.C., Glida One LLC, Ron Invest LLC, Mericash Funding LLC, Guy R. Milone, Jr., Joseph Chetrit, and Joseph Martello.

(5)    All future papers should bear the following caption:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EXTENDED STAY, INC. *et al.*,<br><br>Debtors. | Chapter 11 |
| FINBARR O'CONNOR, as Trustee for and on behalf of the EXTENDED STAY LITIGATION TRUST, and<br><br>THE EXTENDED STAY LITIGATION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>DL-DW Holdings, L.L.C., *et al.*,<br><br>Defendants. | Case No. 09-13764 (JMP)<br><br>(Jointly Administered)<br><br><br>Adv. Proc. No. 11-2254 (JMP)<br><br>(Consolidated) |

(6)    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
          January 31, 2014



/s/ James M. Peck
_____
Honorable James M. Peck
United States Bankruptcy Judge

3