IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> EXTENDED STAY, INC. *et al.*, <br><br> Debtors. <br><br> FINBARR O'CONNOR, as Trustee for and on behalf of the EXTENDED STAY LITIGATION TRUST; and THE EXTENDED STAY LITIGATION TRUST, <br><br> *Plaintiffs*, <br><br> -against- <br><br> DL-DW HOLDINGS, L.L.C. *et al.*, <br><br> *Defendants*. | Case No. 09-13764 (JMP) <br><br> (Jointly Administered) <br><br><br><br><br><br><br><br><br><br> Adv. P. No. 11-2254 (JMP) |

**CORPORATE OWNERSHIP STATEMENT
FOR THE ARBOR DEFENDANTS**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Bankruptcy Rule 7007.1-1, the undersigned counsel of record for the Arbor Defendants[1] state:

1. **Arbor ESH II, LLC** is a wholly-owned subsidiary of Arbor ESH Holdings LLC, which is itself a wholly-owned subsidiary of Arbor Realty SR, Inc. Arbor Realty SR, Inc. is the indirect wholly-owned operating subsidiary of Arbor Realty Trust, Inc. No publicly held corporation holds 10% or more of the equity interests of Arbor Realty Trust, Inc.

2. No publicly held corporation holds 10% or more of the equity interests of **Arbor Commercial Mortgage, LLC**.

---

[1] The "Arbor Defendants" consist of Arbor ESH II, LLC, Arbor Commercial Mortgage, LLC, Atmar Associates, LLC, Gilda One LLC, Mericash Funding LLC, Ron Invest LLC, ABT-ESI LLC, Princeton ESH LLC, Guy R. Milone, Jr., Joseph Chetrit, and Joseph Martello.

3. No publicly held corporation holds 10% or more of the equity interests of **Atmar Associates, LLC**.

4. No publicly held corporation holds 10% or more of the equity interests of **Gilda One LLC**.

5. No publicly held corporation holds 10% or more of the equity interests of **Mericash Funding LLC**.

6. No publicly held corporation holds 10% or more of the equity interests of **Ron Invest LLC**.

7. **ABT-ESI LLC** is a wholly-owned subsidiary of Arbor Realty SR, Inc. Arbor Realty SR, Inc. is the indirect wholly-owned operating subsidiary of Arbor Realty Trust, Inc. No publicly held corporation holds 10% or more of the equity interests of Arbor Realty Trust, Inc.

8. No publicly held corporation holds 10% or more of the equity interests of **Princeton ESH LLC**.

Respectfully submitted,

DECHERT LLP

Dated: New York, New York
February 8, 2021

/s/ Gary J. Mennitt
Gary J. Mennitt
  gary.mennitt@dechert.com
Shmuel Vasser
  shmuel.vasser@dechert.com
1095 Avenue of Americas
New York, New York 10036
Tel: (212) 698-3500
Fax: (212) 698-3599

Ryan M. Moore
  ryan.moore@dechert.com
Justin M. Romeo
  justin.romeo@dechert.com
Cira Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
Tel: (215) 994-4000
Fax: (215) 994-2222

*Counsel for Arbor Defendants*