**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re:                                                            :      Chapter 11
     Extended Stay Inc., *et al.*,                           :
                                                                  :      Case No. 09-13764-JLG
                     Reorganized Debtors.               :      (Jointly Administered)
                                                                  :
------------------------------------------------------------------x
Finbarr O'Connor, as Trustee for and on behalf of the             :
Extended Stay Litigation Trust, and The Extended Stay             :
Litigation Trust,                                                 :
                                                                  :
                     Plaintiffs,                        :
                                                                  :      Adv. Pro. No. 11-02254-JLG
   -v-                                                            :
                                                                  :
DL-DW Holdings, L.L.C., *et al.*,                                 :
                                                                  :
                     Defendants.                        :
------------------------------------------------------------------x

### ERRATA ORDER REGARDING MEMORANDUM DECISION GRANTING PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANT POLAR EXTENDED STAY (USA) L.P.

This matter having come up on the Court's own motion, it is hereby ORDERED:

1. The Court's Memorandum Decision Granting Plaintiff's Motion for Sanctions Against Defendant Polar Extended Stay (USA) L.P. dated August 23, 2022 [Adv. Pro. No. 11-02554, ECF No. 482] (the "Memorandum Decision"), is corrected in the manner described below:

    a. The caption on page 1 of the Memorandum Decision:

**UNITED STATES BANKRUPTCY COURT**     NOT FOR PUBLICATION
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                                  :
In re:                                                            :      Chapter 7
     Extended Stay Inc., *et al.*,                           :
                                                                  :      Case No. 09-13764-JLG
                     Reorganized Debtors.               :      (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

1

| | | |
|---|---|---|
| Finbarr O'Connor, as Trustee for and on behalf of the Extended Stay Litigation Trust, and The Extended Stay Litigation Trust, | : : : : | |
| Plaintiffs, | : : | Adv. Pro. No. 11-02254-JLG |
| -v- | : : : | |
| DL-DW Holdings, L.L.C., *et al.*, | : : : | |
| Defendants. | : | |

shall be corrected to read as follows:

| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | | NOT FOR PUBLICATION |
| ------------------------------------------------------------------x | : | |
| In re: | : | Chapter 11 |
| Extended Stay Inc., *et al.*, | : : | Case No. 09-13764-JLG |
| Reorganized Debtors. | : : | (Jointly Administered) |
| ------------------------------------------------------------------x | | |
| Finbarr O'Connor, as Trustee for and on behalf of the Extended Stay Litigation Trust, and The Extended Stay Litigation Trust, | : : : : : | |
| Plaintiffs, | : : | Adv. Pro. No. 11-02254-JLG |
| -v- | : : : | |
| DL-DW Holdings, L.L.C., *et al.*, | : : : | |
| Defendants. | : | |
| ------------------------------------------------------------------x | | |

2

2. Future references to the Memorandum Decision shall be to the Memorandum Decision as corrected hereby, a copy of which is attached hereto as Exhibit A.

Dated: New York, New York
August 23, 2022

/s/ *James L. Garrity, Jr.*
Hon. James L. Garrity, Jr.
U.S. Bankruptcy Judge